PEOPLE, Respondent, v. NEWCOMB, Appellant. (Supreme Court, Appellate Division,

Fourth Department. October, 1911.) Proceeding by the People of the State of New York against Millie J. Newcomb, as administratrix, etc., of Sarah A. Wiggins, deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, J., dissents upon the ground that the Court of Appeals having ordered a new trial against the substituted defendant, administratrix, and the plaintiff having proceeded without asking for a modification of the decision, and the defendant having succeeded on the trial, she is now entitled to costs under the decision of that court.